PAUL B. BEACH, State Bar No. 166265
pbeach@lbaclaw.com
JAMES S. EICHER, State Bar No. 213796
jeicher@lbaclaw.com
JONATHAN C. MAGNO, State Bar No. 306295
jmagno@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
100 West Broadway, Suite 1200
Glendale, California 91210-1219
Telephone No. (818) 545-1925
Facsimile No. (818) 545-1937

Attorneys for Defendants
County of Ventura, Ventura County Sheriff's Office (VCSO) (erroneously sued and served as Ventura County Sheriff's Department), VCSO Deputy Schierman, VCSO Deputy Malagon, VCSO Deputy Medina, and VCSO Deputy D. McLaughlin

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Hector Alamillo; Esperanza Alamillo, <br> Plaintiffs, <br> vs. <br> County of Ventura; Ventura County Sheriff's Department (VCSD); VCSD Deputy Schierman; VCSD Deputy Malagon; VCSD Deputy Medina; VCSD Deputy D. McLaughlin; and DOES 1 through 10, inclusive, <br> Defendants. | Case No. CV 16-02969 MRW <br> Honorable Michael R. Wilner <br> **ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** <br> [FED. R. CIV. P 41(a)(1)(A)(ii)] <br> *[Stipulation filed concurrently herewith]* |

Pursuant to the stipulation by and between Plaintiffs HECTOR ALAMILLO and ESPERANZA ALAMILLO ("Plaintiffs") and Defendants COUNTY OF VENTURA, DEPUTY SCHIERMAN, DEPUTY MALAGON, DEPUTY MEDINA, and DEPUTY D. MCLAUGHLIN (collectively "Defendants"), through their respective attorneys of records, IT IS HEREBY ORDERED that the above-captioned action be and hereby is dismissed, with

1

prejudice, in its entirety, with all parties to bear their own costs and attorney's fees, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii).

IT IS SO ORDERED.

Dated: __February 24, 2017__       _____
                                    Honorable Michael R. Wilner
                                    United States Magistrate Judge